# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FULLER FAMILY TRUST and FULLER DONALD F & KATHRYN A TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants. | Case No. 2:14-cv-1210-LDG-VCF<br><br>ORDER |

    Motions to dismiss with prejudice have been filed by defendant Nationstar Mortgage, LLC, (#5, response #12, reply #16), defendant Bank of America, N.A., (#7, response #13, reply #17), and defendant Select Portfolio Servicing, Inc., (#10, response #15, reply #18). While these motions carry weight in the case's current posture, in their responses, plaintiffs have "request[ed] the opportunity to join individuals, Donald and Kathryn Fuller, into this action," substitute the real parties in interest, or otherwise be allowed to amend the complaint. At this point, plaintiffs have not filed motions to do so, however, and the court believes it judicious not to rule on the motions to dismiss until any such motions filed by plaintiffs are decided. Accordingly,

    THE COURT HEREBY ORDERS that the following are DENIED without prejudice: defendant Nationstar Mortgage, LLC's, motion to dismiss (#5); defendant Bank of America, N.A.'s, motion to dismiss (#7), and defendant Select Portfolio Servicing, Inc.'s, motion to dismiss (#10).

    DATED this 30 day of March, 2015.

_____
Lloyd D. George
United States District Judge